IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

APR 28 2015

CLERK _____
SO. DIST. OF GA

JACKIE WALKER )
)
Plaintiff )
)
) CIVIL ACTION
v. )
) FILE NO. 4:15-CV-00081-WTM
AETNA LIFE INSURANCE COMPANY )
)
Defendant )

## Amended CONSENT ORDER

The Court having reviewed Defendant's Consent Motion to Extend the Deadline to Answer or Otherwise Respond to Plaintiff's Complaint, noting that Plaintiff consents to the requested extension, and finding good cause, hereby GRANTS the motion.

Defendant's deadline to answer or otherwise respond to Plaintiff's complaint is hereby EXTENDED through and including May 11, 2015.

SO ORDERED, this 28th day of April, 2015.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE

Order presented by:

*s/Aaron E. Pohlmann*
Aaron E. Pohlmann
Georgia Bar No. 582685

Attorney for Defendant
Aetna Life Insurance Company