FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 DEC -2 PM 12: 02
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACKIE WALKER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-081
)
AETNA LIFE INSURANCE COMPANY, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties Stipulation of Dismissal With Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2nd day of December 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA